THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:22-cr-00086-MR-WCM-1

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| ARTHUR SHANE DOUVILLE, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on remand from the United States Court of Appeals for the Fourth Circuit [Doc. 30].

In light of the death of the Defendant [see Doc. 29], and in accordance with the decision of the Court of Appeals [Doc. 30], the Court hereby enters the following Order.

**IT IS, THEREFORE, ORDERED** that the Defendant's conviction and sentence, including the imposition of the $100 special assessment, is **VACATED**, and the Bill of Information related to the underlying conviction is hereby **DISMISSED**. The Clerk of Court is respectfully directed to refund any portion of the special assessment that has already been paid.

IT IS SO ORDERED.

Signed: August 7, 2024

Martin Reidinger
Chief United States District Judge